# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT
### AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

SEP 2 8 2007

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

| | | |
|---|---|---|
| LINDSEY BALDRIDGE, | § | |
| IRIS ELAINE MOSLEY, | § | |
| CINDY OPAITZ, LINDA SAUNDERS, | § | |
| SUSAN MIMMS, LeROY DURAN | § | |
| FRANK BRISENO, JAMES BULLS | § | |
| ROYCE GLENN, MICHAEL | § | |
| WATKINS STEVEN MADRID and | § | |
| LINDA SAN PEDRO, individuals, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | CA. NO 2:07-CV-149-J |
| | § | |
| CINGULAR WIRELESS, LLC, | § | |
|   a Delaware Limited Liability Company, | § | |
| | § | |
| **Defendant.** | § | |

## APPENDIX TO MOTIONS FOR COURT APPROVAL OF COLLECTIVE ACTION SETTLEMENT, SETTLEMENT DISTRIBUTION AND ATTORNEYS FEES AND LITIGATION EXPENSES

Philip R. Russ, SBN 17406000
LAW OFFICES OF PHILIP R. RUSS
2700 S. Western, Suite 1200
Amarillo, Texas 79109
806-358-9293 - Telephone
806-358-9296 - Facsimile
E-Mail:  philiprruss@russlawfirm.com

James Jarrell, SBN: 10582400
LAW OFFICES OF JAMES JARRELL
1604 Avenue M
Lubbock, Texas 79401-4905
806-747-3999 Telephone and Facsimile
E-Mail:  jamesjarrell@hotmail.com

ATTORNEYS FOR THE PLAINTIFFS

Dated September 28, 2007

| EXHIBIT | DESCRIPTION | PAGE NUMBERS |
|---|---|---|
| EXHIBIT "A" - p. 1 | Notice of Proposed Collective Action Action Settlement | 2 - 5 |
| EXHIBIT "B" - p. 6 | Settlement Distribution Schedule and Damage Model | |
| EXHIBIT "C" - p. 7 | Affidavit of Philip R. Russ | 8 - 25 |
| EXHIBIT "D" - p. 26 | Notice of Fair Labor Standards Act Lawsuit | 27 - 33 |
| EXHIBIT "E" - p. 34 | *Johnson v. City of Tulsa,* 2003 WL 24015151 (N.D. Okla. May 12, 2003) | 35 - 87 |
| EXHIBIT "F" - p. 88 | *EEOC v. Gulfstream Aerospace Corp.,* No. 402CV243 (S.D. Ga. May 12, 2003) | 89 - 102 |
| EXHIBIT "G" - p. 103 | *In re Rite Aid Corp. Sec. Litig.,* 2005 WL 697461, *2 (E.D. Pa. March 24, 2005) | 104 - 106 |
| EXHIBIT "H" - p. 107 | *Rudman v. Texaco,* No. CJ-97-1-E (Dist. Ct. Stephens Cty., Okla. Nov. 16, 2001) | 108 - 115 |
| EXHIBIT "I" - p. 116 | *Robertson v. Sanguine, et al,* Case No. CJ-02-150 (Dist. Ct. Caddo Cty., Okla. July 11, 2003) | 117 - 125 |
| EXHIBIT "J" - p. 126 | *O'Donnell v. Forest Oil,* Case No. CJ-98-0057 (Dist. Ct. Washita Cty., Okla. Sept. 19, 2000) | 127 - 143 |
| EXHIBIT "K" - p. 144 | *Brumley, et al v. ConocoPhillips Co.,* No. CJ-2001-5 (Dist. Ct. Texas City, Oklahoma. Feb. 3, 2005) | 145 - 162 |
| EXHIBIT "L" - p. 163 | *Bridenstine v. Kaiser-Francis, et al.,* No. CJ-2000-1 (Dist. Ct. Texas City, Okla. Jan 4, 2001) | 164 - 170 |

EXHIBIT "M" - p. 171        *Knebel v. Capital Nat'l Bank in Austin,*        172 - 183
                            518 S.W.2d 795, 799-800 (Tex. 1974).

EXHIBIT "N" - p. 184        *City of Dallas v. Arnett,*                      185 - 201
                            762 S.W.2d 942, 954
                            (Tex. App. – Dallas 1988, den.)

EXHIBIT "O" - p. 202        Contract and Assignment of Interest of
                            Lindsey Baldridge                                203-205

EXHIBIT "P" - p. 206        Letters dated February 20, 2007 and
                            March 12, 2007                                   207-214

Respectfully submitted,

LAW OFFICES OF JAMES JARRELL
James Jarrell, SBN: 10582400
1604 Avenue M
Lubbock, Texas 79401-4905
806-747-3999 Telephone and Facsimile

- and -

LAW OFFICES OF PHILIP R. RUSS
2700 S. Western, Suite 1200
Amarillo, Texas 79109
806-358-9293 - Telephone
806-358-9296 - Facsimile

BY: _____
Philip R. Russ, SBN: 17406000

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the _28th_ day of _Sept_ , 2007, I electronically filed the foregoing "Appendix to Motions for Court Approval of Collective Action Settlement, Settlement Distribution and Attorneys Fees and Litigation Expenses" with the Clerk of the Court for the Northern District of Texas, by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participants:

Grant Adams, Esq.
UNDERWOOD WILSON BERRY STEIN & JOHNSON
500 S. Taylor Suite 1200
P.O. Box 9158
Amarillo, Texas 79105-9158

Brett C. Bartlett
SEYFARTH SHAW LLP
One Peachtree Point
1545 Peachtree Street, NE
Suite 700
Atlanta, Georgia 30309-2401

Philip R. Russ

4

# EXHIBIT "A"

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT
## AMARILLO DIVISION

| | | |
|---|---|---|
| LINDSEY BALDRIDGE, | § | |
| IRIS ELAINE MOSLEY, | § | |
| CINDY OPAITZ, LINDA SAUNDERS, | § | |
| SUSAN MIMMS, LeROY DURAN | § | |
| FRANK BRISENO, JAMES BULLS | § | |
| ROYCE GLENN, MICHAEL | § | |
| WATKINS STEVEN MADRID and | § | |
| LINDA SAN PEDRO, individuals, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | CA. NO 2:07-CV-149-J |
| | § | |
| CINGULAR WIRELESS, LLC, | § | |
| a Delaware Limited Liability Company, | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF PROPOSED COLLECTIVE
## ACTION SETTLEMENT AND HEARING

**TO:   ALL PLAINTIFFS IN THE ABOVE CAPTIONED LITIGATION**

This Notice is sent to you pursuant to the Order of the United States District Court for the Northern District of Texas in accordance with Rule 23 of the Federal Rules of Civil Procedure. The purpose of this Notice is to advise you:

1.   Of a proposed settlement of this collective action with Defendant Cingular Wireless, LLC a/k/a AT&T, in the amount of $675,000.00;

2.   Of a Motion for an award of attorneys fees and litigation expenses filed pursuant to FED. R. CIV. P. 54(d)(2); and

3.   Of a hearing, at which the Court will consider whether to approve the proposed settlement and settlement distribution and motion for attorneys fees and litigation expenses, to be held at _____ o'clock a.m./p.m. on _____, 2007.

## PLEASE READ THIS NOTICE CAREFULLY.

**App. 2**

## I.   SUMMARY OF THE SETTLEMENT AND DISTRIBUTION

A.   <u>The Settlement Agreement</u>.  The Defendant, Cingular Wireless, LLC a/k/a AT&T, has agreed to pay $675,000.00 in exchange for a dismissal of this lawsuit with prejudice.

B.   <u>The Payment by Defendants</u>.  The settlement amount shall be wired to the Law Offices of Philip R. Russ within 21 days of the Court's approval of the settlement.

C.   <u>The Distribution to Plaintiffs</u>.  Subject to Court approval, after deduction of litigation expenses and attorney fees, the net proceeds of the settlement shall be distributed to each of the Plaintiffs according to the schedule attached to this Notice, which is calculated as follows:

(1)   The settlement distribution schedule is calculated to resemble a potential damage award to Plaintiffs.  The settlement distribution schedule is calculated based upon subtraction of a 40% attorney fee award and $17,496.28 litigation expenses.

(2)   Each Plaintiff's estimated wage loss is calculated by multiplying the amount of their weekly wage by the amount of time they worked at the call center times the straight time rate and divided into the net fund for distribution to determine each Plaintiff's per rata portion to September, 2007.  The estimated wage loss for each individual Plaintiff is then divided by the total amount of wage loss for all Plaintiffs.  The resulting percentage assigned to each Plaintiff is then multiplied by the amount of net settlement proceeds available for distribution to arrive at each Plaintiff's individual portion of the net settlement fund.  The settlement funds after deduction of attorneys fees and costs are distributed equitably to all Plaintiff's based upon the amount of each Plaintiff's weekly wage at the time of discharge or settlement of this case.

D.   <u>Dismissal and Constructive Relief</u>.  In the event the Court enters final judicial approval of the proposed settlement and settlement distribution, this action shall be dismissed with prejudice as to the claims and demands of all parties.  Each Plaintiff shall be deemed to have constructively released all claims against Defendant arising out of their employment at the Cingular Wireless Call Center in Lubbock, Texas, as if he or she had individually executed a release of such claims.

E.   <u>No Effect on Retirement or Workers Compensation</u>.  The dismissal of this lawsuit with prejudice and the constructive release of all claims shall not affect any Plaintiffs' current legal rights with respect to their pensions, 401(k)'s, workers compensation claims or benefits, or current insurance arrangements.

F.    Counsel for Plaintiffs recommends Court approval of the proposed settlement and settlement distribution as fair and reasonable and in the best interests of the Plaintiffs in view of (a) the complexities of the case; (b) the serious questions of law and fact that exist which place the ultimate outcome of this litigation in doubt; (c) the prospects of appeal of any judgment to the trial court; (d) the lengthy delays that any such appeals would entail; and (e) the substantial benefits that Plaintiffs will realize under the terms of the proposed settlement.

## II.    HEARING

A.    A hearing will be held by the Court in the Courtroom on the second floor of the United States Courthouse, 205 E. Fifth Street, Amarillo, Texas, at _____ o'clock a.m./p.m. on _____, 2007.

B.    The purpose of this hearing is to determine whether the proposed settlement and settlement distribution is fair and reasonable and should be approved by the Court.

C.    Any Plaintiff who wants to state his or her opposition to the proposed settlement and/or settlement distribution must file a Notice of Opposition to Proposed Settlement on or before _____, together with a statement that explains the basis of his or her opposition.

(1)    The Notice of Opposition must be filed with the Clerk of the United States District Court for the Northern District of Texas, 205 E. Fifth St., Room 133, Box 13240, Amarillo, Texas 79101-1559; and

(2)    The Notice of Opposition also must be served upon counsel for Plaintiffs and counsel for Defendants in person or by first-class mail:

**ATTORNEYS FOR PLAINTIFFS**

Philip R. Russ, Esq.
LAW OFFICES OF PHILIP R. RUSS
2700 S. Western, Suite 1200
Amarillo, Texas 79109

James Jarrell, Esq.
LAW OFFICES OF JAMES JARRELL
1604 Avenue M
Lubbock, Texas 79401-4905

**ATTORNEYS FOR DEFENDANT**

Kelly Utsinger, Esq.
UNDERWOOD WILSON BERRY STEIN & JOHNSON
P.O. Box 9158
Amarillo, Texas 79105-9158

Brett C. Bartlett, Esq.
SEYFARTH SHAW LLP
One Peachtree Point
1545 Peachtree Street, NE
Suite 700
Atlanta, Georgia 30309-2401

**App. 4**

D.      At the hearing, any Plaintiff who has filed and served a Notice of Opposition to Proposed Settlement may appear (in person or through counsel) and be heard, to the extent allowed by the Court.

E.      No Plaintiff will be heard in opposition to the proposed settlement or settlement distribution unless he or she has filed and served a Notice of Opposition to Proposed Settlement.  Any Plaintiff who does not file and serve a written Notice of Opposition in the manner provided above shall be deemed to have waived any objection to the proposed settlement and settlement distribution.

F.      No Plaintiff is required to appear at the hearing.

## III.   CONCLUSION

This Notice is not an expression of any opinion by the Court as to the merits of any of the claims or defenses asserted by any party in this litigation.  The purpose of this Notice is to inform you of the proposed settlement, settlement distribution, motion for an award of attorneys fees and litigation expenses, and the hearing set for the Court to consider approving these matters.

This Notice is issued to you by Order of the Court.

# EXHIBIT "B"

## PROPOSED SETTLEMENT DISTRIBUTION SCHEDULE
## AND
## DAMAGE MODEL

## FILED UNDER SEAL

# EXHIBIT "C"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT
## AMARILLO DIVISION

| | | |
|---|---|---|
| LINDSEY BALDRIDGE, | § | |
| IRIS ELAINE MOSLEY, | § | |
| CINDY OPAITZ, LINDA SAUNDERS, | § | |
| SUSAN MIMMS, LeROY DURAN | § | |
| FRANK BRISENO, JAMES BULLS | § | |
| ROYCE GLENN, MICHAEL | § | |
| WATKINS STEVEN MADRID and | § | |
| LINDA SAN PEDRO, individuals, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | CA. NO 2:07-CV-149-J |
| | § | |
| CINGULAR WIRELESS, LLC, | § | |
| a Delaware Limited Liability Company, | § | |
| | § | |
| **Defendant.** | § | |

### AFFIDAVIT OF PHILIP R. RUSS

| | |
|---|---|
| STATE OF TEXAS | ) |
| | ) |
| COUNTY OF POTTER | ) |

Affiant, being first duly sworn, does depose and state as follows:

1.    I have personal knowledge of the facts set out herein.

2.    I am one of the counsel of record for Plaintiffs in the referenced matter and have practiced law in the states of Texas and Oklahoma, in both State and Federal Court, since my admission to the bar in 1967 in Oklahoma and Texas in 1968.

3.    I have been involved with this lawsuit since its filing, and prior to the filing was involved in meetings with Plaintiffs and potential Plaintiffs in preparation for filing this lawsuit.

4.    Attached hereto as Exhibit "1" is an Employment Contract and Contingent Fee Agreement ("Agreement") entered into with Lindsey Baldridge, one of the Named Plaintiffs in

**App. 8**

this lawsuit. Plaintiffs' counsel have an identical signed Agreement with each of the 12 Named Plaintiffs and with 16 of the opt-in Plaintiffs. Plaintiffs' counsel do not have signed agreements with the other opt-in Plaintiffs. There are 12 Named Plaintiffs and 50 opt-in Plaintiffs in the lawsuit at this time.

5.      During the course of this representation, The Law Offices of Philip R. Russ ("Russ") and co-counsel, The Law Offices of James Jarrell, have performed the legal services which brought about the settlement offer which is presently before the Court.

6.      Russ has one lawyer who has had primary responsibility in this matter. In addition, Monica Pena and Nicol Benton, legal assistants, have devoted all or substantially all of their time to this matter for several years. This case involves hundreds of thousands of documents, including payroll records, trial exhibits, damage models/projections and the like. Russ' time records, which I have reviewed, show that the firm has incurred 514.3 hours by Philip R. Russ, 162.8 hours by James Jarrell, 260.1 hours by Monica Pena and 367.2 hours by Nicol Benton, for a total of $250,177.50 in time charges from inception through September 20, 2007. James L. Jarrell has incurred 162.8 hours for a total of $48,840.00 in time charges which is included in the figure totaling $250,177.50. The range of hourly rates for the lawyers primarily involved in the case was and is $300.00. Monica Pena and Nicol Benton's hourly rates are $75.00. I anticipate expending an addition 40 to 50 hours of my time handling three (3) mail-outs in the settlement approval, fairness and distribution process. There are a substantial number of hours not documented by Philip R. Russ, James L. Jarrell, Monica Pena and Nicol Benton that are not claimed.

7.    The combined dollar value of the legal services of The Law Offices of Philip R. Russ and The Law Offices of James Jarell through October 1, 2007, equals $250,177.50, see Exhibit "1" to this affidavit being Philip R. Russ' itemization.

8.    In addition, The Law Offices of Philip R. Russ, see Russ' itemization of expenses as Exhibit "2" hereto, and The Law Offices of James Jarell (Jarrell advanced $3,557.06) and both firms have incurred litigation expenses actually advanced of $17,496.28. Included within this total are prepaid expenses. These prepaid expenses are for mailing expenditures which Plaintiffs' counsel will incur between now and the time that this matter is brought to a close. The first mailing will be to mail out copies of the Notice of Proposed Collective Action and Hearing. The second mailing will be to mail out copies of the Court's Order, if granted, approving the Collective Action Settlement. The third mailing will be a certified, return receipt requested mailing of the individual checks to the Plaintiffs. The total of the prepaid mailing expenses is $385.30.

FURTHER AFFIANT SAITH NOT.

_____
Philip R. Russ

SUBSCRIBED AND SWORN TO BEFORE ME, this the 27th day of September, 2007

_____
Notary Public, State of Texas

LAQUITA J. ADAMS
Notary Public
State of Texas
My Comm. Exp. 08-02-08



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT
### AMARILLO DIVISION

| | | |
|---|---|---|
| LINDSEY BALDRIDGE, | § | |
| IRIS ELAINE MOSLEY, | § | |
| CINDY OPAITZ, LINDA SAUNDERS, | § | |
| SUSAN MIMMS, LeROY DURAN | § | |
| FRANK BRISENO, JAMES BULLS | § | |
| ROYCE GLENN, MICHAEL | § | |
| WATKINS STEVEN MADRID and | § | |
| LINDA SAN PEDRO, individuals, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CA. NO 2:07-CV-149-J |
| | § | |
| CINGULAR WIRELESS, LLC, | § | |
| a Delaware Limited Liability Company, | § | |
| | § | |
| Defendant. | § | |

---

## STATEMENT

| | | |
|---|---|---|
| | To conferences, correspondence and miscellaneous professional services rendered regarding the above captioned litigation pending in the USDC Northern District of Texas, Amarillo Division, during a period from September 9, 2003 to and including September 17, 2007, including: | |
| | **2003** | |
| 09/09/03 | Travel to Lubbock, conference with Jim Jarrell, Lindsey Baldridge regarding potential FLSA case, discuss facts, explain law and procedure, return to Amarillo (5.1); | |
| 09/11/03 | Telephone conference with Jim Jarrell, Esq., regarding status (.4); | |
| 09/22/03 | Telephone conference with Jim Jarrell, Esq., regarding Cingular FLSA (.3); | |
| 09/29/03 | Travel to Lubbock, conference with Lindsey Baldridge, Cindy Opaitz, et al regarding FLSA suit, return to Amarillo (5.2); | |
| 09/30/03 | Telephone conference with Jim Jarrell regarding interest and contracts of employment (.3); | |

| | | |
|---|---|---|
| 10/03/03 | Telephone conference with Lindsey Baldridge regarding status, fax contract form to Jarrell (.5); | |
| 10/06/03 | Research regarding misclassification issue, deductions from pay (4.1); | |
| 10/07/03 | Research regarding Cingular, salary basis test (3.3); | |
| 10/28/03 | Draft Complaint in Baldridge v. Cingular (.6); | |
| 10/29/03 | Finalize Complaint, prepare Notice of Interested Parties, Summons, Civil Cover Sheet, advance costs, appear at courthouse and file suit (2.4); | |
| 11/17/03 | Telephone conference with Jarrell, Esq., regarding status (.2); | |
| | **2004** | |
| 01/03/04 | Begin draft of Motion for Mail-Out in Baldridge (1.9); | |
| 01/08/04 | Additional drafting of Motion, Memo and Appendix regarding mail-out (1.1); | |
| 01/24/04 | Draft initial discovery, additional preparation and finalize Motion, Brief and Appendix for mail-out (3.7); | |
| 02/05/04 | Telephone conference with Jarrell regrading status and tactics (.5); | |
| 02/09/04 | Conference regarding 1st Line Managers, Customer Service Rep. Managers ("CSR") and 2nd Line Managers (.7); | |
| 02/11/04 | Conference with Grant Adams, Esq., regarding approval order extending time to respond to motion for mail-out, draft affidavits for plaintiffs (1.9); | |
| 02/16/04 | Plaintiffs written designation of expert witnesses (.5); | |
| 02/24/04 | Telephone conference with Jarrell regarding status (.3); | |
| 02/25/04 | Draft additional affidavits to support mail-out (.8); | |
| 05/07/04 | Travel to Lubbock, meet with Plaintiffs and conference regarding case (5.5); | |
| 03/08/04 | Conference with Adams regarding status, review proposed confidentiality order (.4); | |
| 03/13/04 | Research, receipt and review Response to Motion to Mail-Out, draft reply (2.9); | |

**App. 12**

| 03/15/04 | Additional research and finalize Reply to Motion to Mail-out (4.2); | |
| 03/14/04 | Redraft Reply to SBC response to mail-out, response to defendant's motion to stay discovery (3.6); telephone conference with Jarrell regarding status (.3); | |
| 03/16/04 | Finalize response to mail-out and file same; letter of transmittal; research regarding docking pay (1.2); | |
| 03/18/04 | Telephone conference with James Jarrell regarding status (.3); | |
| 03/19/04 | Joint report for status of settlement negotiations (.3); | |
| 03/21/04 | Response to Objection and Motion to Strike Opt-In Consents (2.9); | |
| 03/22/04 | Plaintiffs' 26(a)(2) disclosures (.4); | |
| 03/25/04 | Telephone conference with Jarrell regarding status (.3); | |
| 03/30/04 | Telephone conference with Adams, Esq., regarding Judge Cummings recusal, telephone conference with Jarrell regarding same (.4); | |
| 04/05/04 | Telephone conference with Jarrell regarding status (.3); | |
| 04/09/04 | Telephone conference with Jarrell regarding discovery (.4); | |
| 04/16/04 | Prepare notices for depositions of Cingular management; telephone conference with Paul Munger, Esq., regarding depositions; correspondence regarding same (.8); | |
| 04/18/04 | Travel to Lubbock, meet with plaintiffs, discuss case, developments, answer questions, return to Amarillo (6.2); | |
| 04/23/04 | Conference with Jarrell regarding discovery, deposition scheduling (.8); | |
| 04/24/04 | Draft additional discovery (1.7); | |
| 04/26/04 | Telephone conference with Jarrell regarding developments (.5); | |
| 04/29/04 | Long distance telephone conference with Paul Munger, Esq., regarding depositions of SBC management (.4); | |
| 05/02/04 | Draft Motion and Memo for Protective Order and to Quash Deposition Notices (1.0); | |

**App. 13**

| | | |
|---|---|---|
| 05/03/04 | Finalize Motion/Memo Brief to Quash; assemble exhibits, fax to Jarrell; telephone conference with Munger regarding cancel flights; telephone conference with Grant Adams regarding same; courtesy copies to Court (2.6); | |
| 05/10/04 | Telephone conference with Jarrell regarding status (.3); | |
| 05/12/04 | Draft answers to interrogatories for Mosley, Baldridge and Glenn (1.9); | |
| 05/25/04 | Telephone conference with Jarrell regarding status (.4); | |
| 05/28/04 | Telephone conference with Jarrell regarding depositions (.3); | |
| 06/12/04 | Finalize notices of depositions, send out; draft Motion to Extend Discovery two weeks, fax to Jarrell (2.5); | |
| 06/16/04 | Telephone conference with Jarrell regarding status, finalize notice of deposition for Ratliff, copy to all, advance Profitt video $240.00 (.9); | |
| 06/20/04 | Receipt and review defendants Motion for Summary Judgment, courtesy copy of Motion to Quash to USDA (1.6); | |
| 06/21/04 | Research and Brief regarding waiver of attorney-client privilege; various telephone conferences with Grant Adams, various telephone conferences with Jarrell regarding same; file brief (1.8); | |
| 06/22/04 | Telephone conference with Adams, prepare for depositions, review documents produced by Cingular (3.1); | |
| 06/24/04 | Travel to Lubbock, conference with Jarrell and depose Cingular 30(b)(6) (7.0); | |
| 06/27/04 | Draft response to Cingular filing (2.9); | |
| 06/29/04 | Receipt and review Response to Reply and Cingular's Response to Court Order 6/28/04, conference with Jarrell regarding same (2.7); | |
| 07/02/04 | Telephone conference with Jarrell regarding status (.5); | |
| 07/07/04 | Long distance telephone conference with Brett Bartlett and Jarrell regarding re-scheduling depositions (.5); | |
| 07/09/04 | Finalize brief in opposition; telephone conference with Brett Bartlett, telephone conference with Jarrell, correct and finalize response (2.1); | |
| 07/13/04 | Telephone conference with Jarrell regarding status (.3); | |

**App. 14**

| | | |
|---|---|---|
| 07/16/04 | Travel to Lubbock, take 30(b)(6) deposition of Cingular representative, take 30(b)(6) deposition of representative of SBC, return to Amarillo (7.4); | |
| 07/19/04 | Telephone conference with Jarrell regarding depositions; prepare 26(a)(3) disclosures; Schedule Order draft (1.2); | |
| 07/21/04 | Prepare and file responses to defendants 6/25/04 Motion for Certification of Interlocutory Appeal (2.6); | |
| 07/23/04 | Receipt, review and index Davidson deposition, correspondence and pleadings to Court with excerpts of Davidson deposition; copy all parties (2.3); | |
| 07/28/04 | Telephone conference with Jarrell regarding status (.2); | |
| 07/31/04 | Related research, review documents and depositions, draft response to Motion for Summary Judgment (4.6); | |
| 08/02/04 | Telephone conference regarding Rule 16 Scheduling Order; correspondence regarding list of witnesses; email Jim Jarrell, telephone conference with Brett Bartlett and Jarrell regarding same (.9); | |
| 08/08/04 | Work on Response to defendants' Motion for Summary Judgment (3.2); | |
| 08/09/04 | Appear USPS and set up account regarding mail-out; order return envelopes (.8); | |
| 08/12/04 | Telephone conference with Jarrell (.3); | |
| 08/13/04 | Telephone conference with Jarrell regarding status (.2); | |
| 08/15/04 | Prepare and finalize Response to 5th Circuit Motion to Stay (1.3); | |
| 08/16/04 | Reply to Motion to Stay, prepare record excerpts, finalize, bind and air freight to New Orleans - 5th Circuit (5.2); | |
| 08/17/04 | Response to Motion for Summary Judgment exhibits, briefing (7.1); | |
| 08/17/04 | Finalize Response to Motion for Summary Judgment and Appendix, related research, file same (4.4); telephone conference with Jarrell regarding same (.3); | |
| 08/20/04 | Telephone conference with Jarrell regarding status (.3); | |
| 08/23/04 | Telephone conference with Jarrell regarding scheduling (.3); | |
| 08/27/04 | Telephone conference with Jarrell regarding status/strategy (.4); | |

| | | |
|---|---|---|
| 08/28/04 | Research, drafting and response to defendants' Objection to Notice to opt-ins (4.7); | |
| 08/30/04 | Telephone conference with Jarrell regarding status (.3); | |
| 09/02/04 | Telephone conference with Jarrell regarding status (.2); | |
| 10/08/04 | Settlement report, mediator named, conference with Grant Adams regarding same (.5) | |
| 10/29/04 | Telephone conference with Jarrell regarding status (.3); | |
| 11/01/04 | Draft Appendix (1.6); | |
| 11/19/04 | Telephone conference with Jarrell regrading status (.3); | |
| 11/23/04 | Telephone conference with Jarrell regarding status (.3); telephone conference with Grant Adams regarding same, defendants say not going to take everyone's depositions (.3); | |
| 11/26/04 | Telephone conference with Jarrell regarding status (.2); | |
| 11/27/04 | Motion for Protective Order, related research (8.0); | |
| 11/29/04 | Correspondence to Court, assemble motion and brief, deliver Allied Parcel for delivery to Jarrell and filing (5.4); | |
| 11/30/04 | Review amended pleading, court order, research, receipt and review 5th Circuit reply brief (2.6); | |
| 12/02/04 | Long distance telephone conference with Brett Bartlett regarding status; telephone conference with Grant Adams, receipt and review of defendants' expert report, prepare 26(a)(2) disclosures (3.5); | |
| 12/06/04 | Telephone conference with Jarrell regarding expert's report (.5); | |
| 12/08/04 | Preparation for mediation, review charts, finalize mediation notebook, have delivered (4.7); | |
| 12/09/04 | Baldridge first mediation conference (4.5); | |
| 12/16/04 | Telephone conference with Jarrell regarding status (.4); | |
| 12/30/04 | Telephone conference with Jarrell regarding developments (.3); | |
| | **2005** | |
| 01/10/05 | Telephone conference with Jarrell regarding status (.2); | |
| 01/11/05 | Travel to Lubbock, defendants deposing plaintiffs and opt-ins, attend depositions and return to Amarillo (8.0); | |

**App. 16**

| | | |
|---|---|---|
| 01/12/05 | Travel to Lubbock, defendants deposing plaintiffs and opt-ins, attend depositions, return to Amarillo (8.0); | |
| 01/13/05 | Travel to Lubbock, defendants deposing opt-ins, attend depositions, return to Amarillo (8.0); | |
| 01/24/05 | Travel to Lubbock, defendants deposing opt-ins, attend depositions, return to Amarillo (8.0); | |
| 01/25/05 | Travel to Lubbock, defendants deposing opt-ins, attend depositions, return to Amarillo (8.0); | |
| 01/25/05 | Telephone conference with Jarrell regarding status (.3); | |
| 02/09/05 | Telephone conference with Jarrell regarding developments (.5); | |
| 02/16/05 | Travel to Lubbock, Lubbock, defendants deposing opt-ins, attend depositions, conference with counsel (8.0); | |
| 02/18/05 | Depositions of opt-ins, Lubbock, covered by Jarrell (8.0); | |
| 02/21/05 | Depositions of opt-ins, Lubbock, covered by Jarrell (8.0); | |
| 02/22/05 | Travel to Lubbock, depositions of opt-ins, attend depositions, conference with counsel, return to Amarillo (8.0); | |
| 02/23/05 | Travel to Lubbock, depositions of opt-ins, attend depositions, conference with counsel, return to Amarillo (8.0); | |
| 02/25/05 | Telephone conference with Grant Adams regarding no-shows on depositions (.4); | |
| 03/11/05 | Appear at Underwood firm, review additional documents produced (3.6); | |
| 03/16/05 | Receipt and review Motion to Decertify, draft Response to Motion to Decertify, Response to Motion for Summary Judgment, Appendix (7.4); | |
| 03/17/05 | Receipt and review Motion for Sanctions, draft Response to Motion for Sanctions (2.6); | |
| 03/23/05 | Draft responses to discovery; telephone conference with Grant Adams regarding same; draft response to response (2.1); telephone conference with Jarrell regarding same (.2); | |
| 03/24/05 | Telephone conference with Jarrell regarding status (.3); appear USDC regarding courtesy copy to Court (.4); | |

App. 17

| | | |
|---|---|---|
| 03/25/05 | Draft response to Motion to Decertify, Motion for Summary Judgment; related research and review deposition testimony, assemble Appendix (6.9); | |
| 03/26/05 | Review depositions, prepare Appendix of deposition excepts, draft responses and related research (8.0); | |
| 03/30/05 | Additional drafting/revision to responses and appendix (5.3); telephone conference with Jarrell regarding status (.2); | |
| 04/01/05 | Response to Motion for Summary Judgment, Appendix, extended telephone conference with Grant Adams, file responses; correspondence to clerk, copy to all, courtesy copy to Judge Robinson, telephone conference with Jarrell regarding same (7.1); | |
| 04/05/05 | Extended telephone conference with Grant Adams and Kelly Utsinger regarding Rule 16 (.6); | |
| 04/11/05 | Telephone conference with Jarrell regarding status (.3); | |
| 04/21/05 | Receipt and review Orders; Notice of Appeal; advance $250.00 filing fee (.7); | |
| 04/22/05 | Appear Underwood, document review (4.9); | |
| 04/25/05 | Telephone conference with Jarrell regarding status (.3); | |
| 05/03/05 | Telephone conference with Jarrell regarding status (.3); | |
| 05/05/05 | Draft and serve notice for deposition; telephone conference with Kelly Utsinger and Jim Jarrell regarding same (.5); | |
| 05/06/05 | Depositions (telephone) of three opt-ins, Jarrell cover (3.6); | |
| 05/09/05 | Telephone depositions of opt-ins; telephone conference with Jarrell regarding same (2.2); | |
| 05/10/05 | Prepare for and attend hearing USDC regarding Motion for Sanctions (2.3); | |
| 05/11/05 | Copy exhibits regarding hearing, correspondence to court; appear in Court and file; courtesy copy to Court (1.9); | |
| 05/12/05 | Motion to Certify for Interlocutory Appeal (3.6); | |
| 05/13/05 | Motion and Memo for Certification of Interlocutory Appeal; courthouse and file (3.8); | |
| 05/17/05 | Telephone conference with Jarrell regarding status (.3); | |
| 06/03/05 | Telephone conference with Jarrell regarding status (.3); | |

| | | |
|---|---|---|
| 06/12/05 | Response of plaintiffs to Cingular's Response in Opposition to Motion for Certification of Interlocutory Appeal; related research (6.1); | |
| 07/19/05 | Telephone conference with Jarrell regarding status (.3); | |
| 07/29/05 | Correspondence to Court regarding scheduling (.4); | |
| 08/07/05 | Draft 5th Circuit Appellants brief (6.4); | |
| 08/08/05 | Related research, review record and additional drafting of appellants brief (4.9); | |
| 08/12/05 | Finalize Appellants Brief and record excerpts (4.2); | |
| 08/16/05 | Long distance telephone conference with Brett Bartlett regarding status; fax certificate of conference (.6); | |
| 08/23/05 | Telephone conference with Grant Adams regarding same (.3); | |
| 09/02/05 | Telephone conference with Jarrell regarding status (.3); | |
| 09/28/05 | Telephone conference with Jarrell regarding status (.3); | |
| 10/31/05 | Finalize Response in Opposition to Motion to Dismiss, send to 5th Circuit (4.6); | |
| 11/04/05 | Research regarding Court's charge, instructions in anticipation of trial (5.2); | |
| 11/05/05 | Research regarding charge/instructions (4.9); | |
| | **2006** | |
| 03/15/06 | Trial preparation, drafting of Court's charge, research regarding decertification, Jury Questionnaire, Motion to Submit Questionnaire (5.1); | |
| 03/22/06 | Trial preparation, damage list model, Excel model (6.5); | |
| 03/23/06 | Telephone conference with Jarrell regarding status (.3); | |
| 03/24/06 | Trial preparation, damage calculations, charts, improper deduction charts (4.7); | |
| 04/06/06 | Telephone conference with Jarrell regarding status (.3); | |
| 04/07/06 | Telephone conference with Jarrell regarding developments (.4); | |
| 04/24/06 | Conference with Grant Adams; Judge's order decertifying appeal; discuss stipulations (.8); | |

**App. 19**

| | | |
|---|---|---|
| 04/27/06 | Long distance telephone conference with Kevin Jent regarding charge in Family Dollar regarding Baldridge v. Cingular (.4); | |
| 05/05/06 | Long distance telephone conference with Brett Bartlett and Jarrell regarding developments (.5); | |
| 05/13/06 - 05/14/06 | Trial preparation, trial brief, organize and renew trial exhibits (11.0); | |
| 05/15/06 | Trial preparation, damage calculations, draft correspondence to Grant Adams regarding proposed stipulations (3.6); | |
| 05/17/06 | Email Grant Adams plaintiffs' schedule of damages (.4); | |
| 05/25/06 | Telephone conference with Brett Bartlett regarding status (.4); | |
| 05/26/06 | Preparation of position paper with exhibits for second ordered mediation, forward to the mediator (5.2); telephone conference with Jarrell regarding same (.3); | |
| 05/29/06 | Additional research, supplement to mediator regarding relevant documents and damage charts (3.0); | |
| 05/30/06 | Research regarding fluctuating work week regarding affect on overtime pay (2.2); | |
| 05/31/06 | Telephone conference with Jarrell regarding status (.3); | |
| 06/01/06 | Mediation preparation (3.4); | |
| 06/05/06 | Travel to Lubbock for second Court ordered mediation, Region 17, Lubbock, Texas, return to Amarillo (8.0); | |
| 06/07/06 | Telephone conference with Jim Jarrell regarding status (.3); | |
| 06/09/06 | Telephone conference with Jarrell regarding developments (.3); | |
| 06/12/06 | Trial preparation, organize trial exhibits (8.0); telephone conference with Jarrell regarding same (.4); | |
| 06/13/06 | Trial preparation (8.0); | |
| 06/15/06 | Trial Brief preparation, drafting of stipulation, proposal for Cingular, research, trial preparation, personal conference with Grant Adams regarding stipulations (8.0); | |
| 06/16/06 | Joint exhibits and agreed brief due, finalize trial brief and exhibits (7.1); | |
| 06/21/06 | Telephone conference with Jarrell regarding status/strategy (.4); | |

**App. 20**

| | | |
|---|---|---|
| 06/23/06 | Research and draft responsive brief to sub-classes (4.9); telephone conference with Jarrell regarding same (.4); | |
| 06/26/06 | Responsive brief regarding Court order, file same (3.1); | |
| 06/27/06 | Trial preparation (3.9); | |
| 06/30/06 | Extended conference with Grant Adams regarding potential stipulations (.6); | |
| 07/13/06 | Telephone conference with Jarrell regarding status (.3); | |
| 08/14/06 | Telephone conference with Jarrell regarding status (.3); | |
| 08/29/06 | Revisions to proposed charge (3.1); | |
| 08/31/06 | Telephone conference with Jarrell, receipt and review of email from Adams regarding proposals for stipulations, forward to Jarrell for comment (.5); | |
| 09/15/06 | Extended telephone conference with Grant Adams regarding stipulations (.5); | |
| 10/26/06 | Review and revise defendants' list of proposed stipulations; extended telephone conference with Jarrell regarding same (.8); | |
| 11/14/06 | Telephone conference with Jarrell; review Cingular supplemental 26(a)(3) disclosures, work on response to proposed stipulations (.9); | |
| 11/17/06 | Telephone conference with Jarrell regarding status (.3); | |
| 11/20/06 | Trial preparation (5.0); | |
| 11/21/06 | Trial preparation, correspondence to Adams regarding counter proposal on numerous stipulations, telephone conference with Jarrell regarding same (1.1); | |
| 11/24/06 | Trial preparation, depositions, exhibits (7.6); | |
| | **2007** | |
| 01/11/07 | Telephone conference with Jarrell regarding status (.3); | |
| 01/18/07 | Appear Underwood law firm, review recently produced documents, request copies, confer with Grant Adams regarding same (1.5); | |
| 03/09/07 | Telephone conference with Jarrell regarding status (.3); | |
| 06/05/07 | Receipt and review Order from Judge Robinson, conference with Grant Adams regarding same (.6); | |

**App. 21**

| | | |
|---|---|---|
| 06/06/07 | Telephone conference with Jarrell regarding Order status (.4); | |
| 06/14/07 | Conference with Kelly Utsinger and Grant Adams regarding stipulations/status; conference with Jarrell regarding same (.7); | |
| 07/02/07 | Review email with question and answer regarding overtime paid out by Cingular, conference with Jarrell regarding same; telephone conference with Adams regarding same and provide him a copy (.6); | |
| 7/16/07 | Telephone conference with Jarrell regarding potential for re-opening settlement discussions (.4); telephone conference with Grant Adams and Chuck Freas regarding transfer to Amarillo and trial date (.5); | |
| 07/17/07 | Telephone conference with Jarrell regarding developments and status (.4); | |
| 07/24/07 | Telephone conference with Jarrell regarding update to clients (.3); | |
| 08/09/07 | Telephone conference with Jarrell regarding status; possible settlement talk (.4); | |
| 08/10/07 | Conference with Judge Robinson, K. Utsinger, PRR regarding trial setting, Grant leaving, etc (1.1); | |
| 08/14/07 | Telephone conference with G. Adams and Dirk Murchison regarding Baldridge case (.5); | |
| 09/04/07 | Telephone conference with Dirk Murchison regarding mediation (.3); | |
| 09/07/07 | Third Mediation – case settled (9.5); | |
| 09/14/07 | Draft Motion and Memo to Approve Settlement and Affidavit of Philip R. Russ (3.9); | |
| 09/15/07 | Work on Motion and Memo to Approve Settlement, Affidavit, exhibits, research common fund (6.2); | |
| 09/17/07 | Revise Motion and Memo to Approve Settlement, conference with Kelly Utsinger regarding same, related research, prepare billing regarding loadstar (7.1) | |
| | (514.3 hours @ $300.00/hour) | $154,290.00 |
| | To miscellaneous expenses incurred and advanced on your behalf, relative to said estate, not heretofore reimbursed, including reproduction expenses, long distance toll charges, postage, etc. | $12,939.22 |
| | **Grand Total Due** | **$168,229.22** |

**App. 22**



# Expense Sheet
## Baldridge, et al v. SBC Cingular

| Date | Description | Amount | Balance |
|---|---|---|---|
| | | | |
| 10/29/2003 | U.S. District Court - filing fees | 150.00 | 150.00 |
| | | | |
| 3/7/2004 | Milage to Lubbock for meeting (256.9) | 89.92 | |
| 3/22/2004 | Potter County Law Library - research | 1.40 | 91.32 |
| | | | |
| 5/20/2004 | Federal Express | 22.05 | 22.05 |
| | | | |
| 6/24/2004 | J&J Bar-B-Q - Lubbock | 17.95 | |
| 6/25/2004 | Rogers Harvey & Crutcher-Appearance Fee for | | |
| | no show depo of SBC & Cingular Reps 6/23/04 | 100.00 | |
| 6/25/2004 | Rogers Harvey & Crutcher-Video fee for | | |
| | no show depo of SBC & Cingular Reps 6/23/04 | 50.00 | 167.95 |
| | | | |
| 7/7/2004 | UPS | 10.55 | 10.55 |
| | | | |
| 8/3/2004 | Rogers Harvey & Crutcher - Various depositions | 1,089.28 | |
| 8/3/2004 | Rogers Harvey & Crutcher - Deposition Videos | 425.00 | |
| 8/18/2004 | Data Flow - Return Envelopes for Opt-Ins | 84.54 | 1,598.82 |
| | | | |
| 10/19/2004 | Postage for mail out to potential opt-ins | 178.80 | |
| 10/25/2004 | U.S. Post Office:  Fee for return mail and | | |
| | Account Deposit | 300.00 | 478.80 |
| | | | |
| 11/2/2004 | Office Depot - Index A-Z tabs | 52.53 | |
| 11/9/2004 | U.S. Post Office | 15.41 | |
| 11/29/2004 | Allied Courier Service - Delivery to Lubbock | 26.51 | |
| | November Postage | 85.60 | |
| | November Copies | 88.80 | 268.85 |
| | | | |
| 12/10/2004 | Federal Express: US Court of Appeals | 31.10 | |
| 12/22/2004 | Federal Express: US Court of Appeals | 104.73 | |
| 12/23/2004 | Mark Packard - Mediation fee | 350.00 | |
| | December Postage | 51.61 | |
| | December Copies | 152.30 | 689.74 |
| | | | |
| 1/12/2005 | Mileage to Lubbock for depositions (256.9) | 89.92 | |
| 1/12/2005 | River Smith's | 16.30 | |
| 1/12/2005 | Cricket's Grill & Draft House | 49.86 | |
| 1/12/2005 | Hawthorn Suites LTD | 100.57 | |
| 01/24-25/05 | Mileage to Lubbock for depositions (256.9) | 89.92 | |
| 1/24/2005 | Jazz-A Louisiana Kitchen: lunch 4 people | 43.81 | |
| 1/24/2005 | Jazz-A Louisiana Kitchen: Dinner | 33.90 | |
| 1/24/2005 | Hawthorn Suites LTD | 100.57 | |
| | January Postage | 3.23 | |

**App. 23**

## Expense Sheet
## Baldridge, et al v. SBC Cingular

| | | | |
|---|---|---|---|
| | January Copies | 5.80 | 533.88 |
| | | | |
| 2/22/2005 | Mileage to Lubbock for depositions (256.9) | 89.92 | |
| 2/23/2005 | Burger King | 4.14 | |
| 2/23/2005 | Durango's | 26.74 | |
| 2/23/2005 | Lubbock Inn | 77.97 | |
| | February Postage | 15.17 | |
| | February Copies | 20.20 | 234.14 |
| | | | |
| | March Postage | 16.54 | |
| | March Copies | 3.00 | 19.54 |
| | | | |
| 4/22/2005 | U.S. District Court-Filing Fees/Appeal | 250.00 | |
| 4/26/2005 | Federal Express | 50.37 | |
| | April Copies | 212.20 | |
| | April Postage | 28.43 | 541.00 |
| | | | |
| 5/10/2005 | Potter County Law Library (Copies) | 14.00 | |
| 5/17/2005 | Potter County Law Library (Copies) | 3.00 | |
| | May Copies | 82.30 | |
| | May Postage | 9.66 | |
| | June Copies | 4.80 | |
| | June Postage | 2.31 | 116.07 |
| | | | |
| 7/25/2005 | Federal Express | 33.17 | |
| | Copy Expense - July 2005 | 9.10 | |
| | Postage Expense - July 2005 | 1.85 | 44.12 |
| | | | |
| | Copy Expense - August 2005 | 215.10 | |
| | Postage Expense - August 2005 | 27.58 | 242.68 |
| | | | |
| 9/22/2005 | Federal Express payment | 101.59 | 101.59 |
| 11/28/2005 | Federal Express payment | 23.64 | |
| | Copy Expense - November 2005 | 5.10 | 28.74 |
| | Postage Expense - January 2006 | 2.73 | 2.73 |
| | Copy Expense - February 2006 | 3,456.80 | 3,456.80 |
| | Postage Expense - April 2006 | 1.26 | |
| | Copy Expense - April 2006 | 5.30 | 6.56 |
| | Postage Expense - May 2006 | 1.02 | 1.02 |
| | | | |
| 6/5/2006 | Great Wall - Dinner after mediation | 45.46 | |
| 6/5/2006 | Travel to Lubbock for Mediation-248.04 @ $.35 | 86.81 | |
| 6/21/2007 | Frank "Dirk" Murchison - 1/2 Mediator Fee | 1,103.42 | |
| 6/27/2006 | Federal Express | 44.17 | |
| | Postage Expense - June 2006 | 15.27 | |
| | Copy Expense - June 2006 | 75.10 | 1,370.23 |

**App. 24**

9/18/2007

## Expense Sheet
## Baldridge, et al v. SBC Cingular

| | | | |
|---|---|---|---|
| | Postage Expense - November 2006 | 1.35 | 1.35 |
| | Copy Expense - December 2006 | 3.40 | |
| | Postage Expense - December 2006 | 1.89 | 5.29 |
| 1/25/2007 | Underwood Law Firm - Copies of depositions | 63.90 | |
| | Postage Expense - January 2007 | 1.56 | 65.46 |
| | Postage Expense - March 2007 | 0.78 | 0.78 |
| | Postage Expense - July 2007 | 1.64 | 1.64 |
| 9/18/2007 | Frank "Dirk" Murchison - 1/2 Mediator Fee | 3,329.22 | 3,329.22 |
| | **Grand Total** | | **13,580.92** |
| | | | |

**App. 25**

9/18/2007